**LEGAL SERVICES NYC | BRONX**

BY ECF

February 6, 2026

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                                    RE:    R.L. v. Samuels, *et al.*,
                                                      26 CIV 636 (JMF)

Dear Judge Furman:

      I am the attorney representing Plaintiffs R.L. and Y.Z.C. in this action who have brought claims against Defendants under the Individuals with Disabilities Education Act (IDEA).

      On January 27, 2026, Your Honor issued an order requiring parties to submit a joint letter by **February 10, 2026** addressing questions posed by the Court. At this time, Plaintiffs and Defendants, are jointly requesting an extension of time to respond. This is the first request for an extension. Both parties consent to the extension.

      The additional time requested is necessary because counsel for Defendants was only recently assigned to this matter.

      Accordingly, Plaintiffs and Defendants respectfully request that time to respond to the January 27th order be extended until February 24, 2026.

      Thank you for your consideration of the foregoing.

Sincerely,
/s/
Nelson Mar
Senior Staff Attorney


cc: Ann-Marie Tesar, Assistant Corporation Counsel

**Demand Justice.**

**Bronx Legal Services** | 349 East 149th Street, 10th Floor, Bronx, NY 10451
Phone: 718-928-3700 | Fax: 718-292-2857 | www.LegalServicesNYC.org
**Maribel Martinez-Gunter,** Interim Project Director | **Evette Soto-Maldonado**, Board Chair


LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION