UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

R.L. et al.,                              :

               Plaintiffs,         :

                                     :                26-CV-636 (JMF)

          -v-                        :

                                     :                 ORDER

KAMAR SAMUELS et al.,           :

                                     :

              Defendants.      :

                                     :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's February 25, 2026 Order, ECF No. 18, Plaintiff was required to file a motion for summary judgment no later than April 20, 2026.  To date, Plaintiff has not filed any such motion.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 27, 2026.**  All other summary judgment briefing deadlines are hereby extended by one week accordingly.  Failure of Plaintiff to file a motion for summary judgment by this deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

        SO ORDERED.

Dated: April 22, 2026
       New York, New York                               JESSE M. FURMAN
                                              United States District Judge