# LEGAL SERVICES NYC | BRONX

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF No. 31.

SO ORDERED.

May 13, 2026

May 13, 2026

**Via ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *R.L. et al. v. Samuels et al.*, 1:26-cv-00636 (JMF)

Dear Hon. Judge Furman:

I am writing on behalf of both parties in accordance with Your Honor's Individual Practices to seek leave to file under seal the certified record of the administrative proceedings in this matter. A copy of the certified record will be filed contemporaneously with this letter motion on ECF.

Due to the nature of this action, which involves claims of a minor with a disability, whose information is protected from disclosure by the parties under FERPA, the IDEA, and HIPAA, filing the document under seal is warranted. Because Congress intended that the documents that the parties seek to file under seal will be confidential and they involve highly private and confidential disability-related, education-related and medical information about minor children, this intention defeats the "presumption of access" to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). In addition, the administrative record and R.L.'s educational file is voluminous and the expense and time it would take to redact all of the student files would be significant and burdensome.

Thank you for Your Honor's consideration of these requests.

Sincerely,

/s/
Nelson Mar

cc: Ann-Marie Tesar, Counsel for Defendants

**Demand Justice.**

**Bronx Legal Services** | 349 East 149th Street, 10th Floor, Bronx, NY 10451
Phone: 718-928-3700 | Fax: 718-292-2857 | www.LegalServicesNYC.org
**Maribel Martinez-Gunter,** Project Director | **Evette Soto-Maldonado,** Board Chair

LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION