UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
R.L. a student with a disability and
Y.Z.C., individually and as parent of R.L.,

        Plaintiffs,     **PLAINTIFFS' NOTICE
OF MOTION FOR**

       -against-      **SUMMARY JUDGMENT**

KAMAR SAMUELS, in his official capacity   1:26-cv-0636 JMF
as the Chancellor of the NEW YORK CITY
DEPARTMENT OF EDUCATION, and the
NEW YORK CITY DEPARTMENT OF
EDUCATION,
        Defendants.
_____X

   PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs'

Motion for Summary Judgement, Plaintiffs' Rule 56.1 Statement of Undisputed Facts, the

declaration of Nelson Mar in Support of Plaintiffs' Motion for Summary Judgement and the

exhibits thereto and upon the pleadings, the plaintiffs will move this Court, before the Honorable

Jesse M. Furman at the United States District Courthouse, Southern District of New York, 500

Pearl St., New York, New York, 10007 on a date to be determined by the Court, for an Order

pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in

favor of the plaintiffs. The basis for the motion is that the New York Office of State Review

erred in reversing a finding by a hearing officer that Defendants denied Plaintiff R.L. a free

appropriate public education ("FAPE") for the 2023-2024 school year, pursuant to the

Individuals with Disabilities Education Act (IDEA) and not granting Plaintiffs appeal in

modifying the hearing officer's determination regarding the equities.

   PLEASE TAKE FURTHER NOTICE that pursuant to the May 8, 2026 agreement any

Opposition and Cross Motion by Defendant shall be served by June 15, 2026. Plaintiffs shall file

a response by no later than July 10, 2026 and Defendants shall file reply no later than July 31, 2026. Plaintiff respectfully requests oral argument be scheduled in this matter on a date and at a time designated by the Court.

WHEREFORE, Plaintiffs respectfully requests that this Court:

1. Annul the SRO's September 25, 2025 decision;

2. Reverse in part the Impartial Hearing Officer's decision regarding the equities;

3. Issue declaratory judgment that Defendants failed to provide R.L. with a free and appropriate public education for the 2023-2024 school year in violation of his rights under the IDEA and New York Law;

4. Issue declaratory judgment that Cooke School and Institute ("Cooke") constituted an appropriate placement for R.L. for the 2023-24 school year;

5. Issue declaratory judgment that the equities weigh in favor of R.L.'s parents;

6. Issue declaratory judgment directing Defendants to fund the full cost of R.L.'s educational program at Cooke for the 2023-2024 school year;

7. Awarding the Parent her costs, attorney's fees and disbursements for the underlying administrative action as well as for the proceedings in this Court; and

8. Granting such other and further relief that it may deem just and proper.

Dated: May 4, 2026
Bronx, New York

Respectfully Submitted,

In light of Plaintiffs' new motion for summary judgment, *see* ECF No. 33, Plaintiffs' previous motion for summary judgment filed at ECF No. 25 is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 25, as well as ECF Nos. 37-47 (which appear to have been improperly filed as motions given that the Court already temporarily granted the motion to seal the certified record, *see* ECF No. 32).

_____
Nelson Mar
Bronx Legal Services
Attorney for Plaintiffs
349 East 149th Street, 10th Fl.
Bronx, NY 10451
718-928-3700; nmar@lsnyc.org

SO ORDERED.

May 15, 2026