

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ANN-MARIE TESAR**
*Assistant Corporation Counsel*
*Phone: (212) 356-1106*
*atesar@law.nyc.gov*

June 9, 2026

**BY ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re:  *R.L. et al v. Samuels et al*, 1:26-cv-00636 (JMF)

Dear Judge Furman:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for defendants Kamar Samuels, in his official capacity as the Chancellor of the New York City Department of Education, and the New York city Department of Education (together, the "Defendants"), in the above-referenced matter.  I write to respectfully request an extension of time to cross move for summary judgment and to respond to Plaintiffs' Motion for Summary Judgment and a modification of the briefing schedule.

Plaintiffs filed their Motion for Summary Judgment on May 14, 2026. Pursuant to the Court's ordered briefing schedule (ECF No. 30), Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' motion is due June 15, 2026.

Due to significant and unanticipated deadlines in several other cases, I require additional time to review Plaintiffs' motion, confer with my client, and file Defendants' cross motion and response. After conferring with Plaintiffs' counsel, Nelson Mar, Defendants respectfully request the following modification of the briefing schedule:

**June 29, 2026**: Defendants to file their Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment;

- 2 -

**July 24, 2026**: Plaintiffs to file their Opposition to Defendants' Motion for Summary Judgment and Reply;

**August 14, 2026**: Defendants to file their Reply.

This is Defendants' first request for a modification of the briefing schedule. I have consulted with Plaintiffs' counsel, who consents to this request.

I thank the Court for its attention to this submission.

Respectfully submitted,

s/ Ann-Marie Tesar

Ann-Marie Tesar
Assistant Corporation Counsel

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 49.

SO ORDERED.

June 9, 2026